UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2022 NOV 15 P 3: 11

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-CR-22-**■■■-233**

[18 U.S.C. §§ 922(n); 924(a)(1)(D);
922(a)(6); 924(a)(2); & 924(c)(1)(A)(i);
21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D)]

KENNETH TWYMAN,

Defendant.

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

On or about January 4, 2022, in the State and Eastern District of Wisconsin,

### KENNETH TWYMAN

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(D).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about January 4, 2022, in the State and Eastern District of Wisconsin,

## KENNETH TWYMAN

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count

One of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Case 2:22-cr-00233-JPS Filed 11/15/22 Page 2 of 5 Document 1

## COUNT THREE

### THE GRAND JURY FURTHER CHARGES THAT:

1.     Between October 30, 2021, and January 4, 2022, in the State and Eastern District of Wisconsin,

### KENNETH TWYMAN,

knowing he was under felony information, that is, charged with a crime punishable by imprisonment for a term exceeding one year, willfully received a firearm which had been transported in interstate commerce.

2.     More specifically, the defendant was under a felony information in Milwaukee County case number 18-CF-5295 beginning on March 25, 2019 and in Waukesha County case number 21-CF-1155 beginning on September 30, 2021.

3.     The firearm is further described as a Glock, model 19, 9mm pistol, bearing serial number ADMT150.

All in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

3

## COUNT FOUR

## THE GRAND JURY FURTHER CHARGES THAT:

1.     On or about March 5, 2022, in the State and Eastern District of Wisconsin,

## KENNETH TWYMAN,

in connection with the acquisition of a firearm from Fleet Farm, a federally licensed firearms dealer in Germantown, Wisconsin, knowingly made a false and fictious written statement intended and likely to deceive Fleet Farm as to a fact material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.     Specifically, in connection with the attempted purchase of a Glock 26 Gen 5, 9 x 19 caliber semi-automatic pistol, bearing serial number AGBM573, the defendant falsely stated on the Firearms Transactions Record (ATF Form 4473) that he was not under information in any court for a felony offense when, in fact, he was under a felony information in Milwaukee County case numbers 18-CF-5295 and 22-CF-83, and in Waukesha County case number 21-CF-1155.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

4

## FORFEITURE NOTICE

1.      Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(n) and 924(c), as set forth in Counts Two and Three of this Indictment, the defendant, Kenneth Twyman, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 922(n) or 924(c), including, but not limited to: a Glock, model 19, 9mm pistol bearing serial number ADMT150

2.      Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a)(1) set forth in this Indictment, the defendant, Kenneth Twyman, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all property of the defendant constituting or derived from any proceeds obtained as a result of the offense, and all property of the defendant used or intended to be used to commit or facilitate the commission of the offense, including, but not limited to: approximately $9,525.00 in United States currency seized during Kenneth Twyman's arrest in Milwaukee, Wisconsin, on or about January 4, 2022.

A TRUE BILL: /

FOREPERSON
Date: ‍11/15/22

GREGORY J. HAANSTAD
United States Attorney

5