UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH TWYMAN,

    Defendant.

Case No. 22-CR-233

[18 U.S.C. §§ 922(n), 924(a)(1)(D), 922(a)(6), 924(a)(2), & 922(o); 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), & 841(b)(1)(D)]

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about September 11, 2018, in the State and Eastern District of Wisconsin,

**KENNETH TWYMAN**

knowingly and intentionally possessed with intent to distribute controlled substances.

2. The offense involved a mixture and substance containing cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; a mixture and substance containing marijuana, a Schedule I controlled substance; and a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

Between on or about August 14, 2018, and on or about September 11, 2018, in the State and Eastern District of Wisconsin and elsewhere,

**KENNETH TWYMAN**

did knowingly possess a machinegun, namely a fully automatic Glock, model 22, .40 caliber pistol bearing serial number HUL496, with a machinegun conversion device attached.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about January 4, 2022, in the State and Eastern District of Wisconsin,

**KENNETH TWYMAN**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

3

## COUNT FOUR

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

1.  On or about March 5, 2022, in the State and Eastern District of Wisconsin,

**KENNETH TWYMAN,**

in connection with the acquisition of a firearm from Fleet Farm, a federally licensed firearms dealer in Germantown, Wisconsin, knowingly made a false and fictious written statement intended and likely to deceive Fleet Farm as to a fact material to the lawfulness of the sale and disposition of such firearm under the provisions of Chapter 44 of Title 18, United States Code.

2.  Specifically, in connection with the attempted purchase of a Glock 26 Gen 5, 9 x 19 caliber semi-automatic pistol, bearing serial number AGBM573, the defendant falsely stated on the Firearms Transactions Record (ATF Form 4473) that he was not under information in any court for a felony offense when, in fact, he was under a felony information in Milwaukee County case numbers 18-CF-5295 and 22-CF-83, and in Waukesha County case number 21-CF-1155.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE NOTICE

1. Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(n) and 922(o), as set forth in this Information, the defendant, Kenneth Twyman, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(n), including, but not limited to:

   (a) a Glock, model 22, .40 Caliber pistol bearing serial number HUL496 with a machinegun conversion device attached; and

   (b) a Glock, model 19, 9mm pistol bearing serial number ADMT150.

2. Upon conviction of the offense in violation of Title 21, United States Code, Section 841(a)(1) set forth in this Information, the defendant, Kenneth Twyman, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all property of the defendant constituting or derived from any proceeds obtained as a result of the offense, and all property of the defendant used or intended to be used to commit or facilitate the commission of the offense, including, but not limited to: approximately $9,525.00 in United States currency seized during Kenneth Twyman's arrest in Milwaukee, Wisconsin, on or about January 4, 2022.

fw/ GREGORY J. HAANSTAD
United States Attorney

9/28/2023
DATE