# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>KENNETH TWYMAN,<br><br>　　　　　　　　Defendant. | Case No. 22-CR-233-JPS<br><br>**ORDER** |

　　　　On November 15, 2022, the Government filed a four-count Indictment against Defendant Kenneth Twyman ("Defendant"). ECF No. 1. On September 28, 2023, the Government filed a four-count Information charging Defendant with violating 21 U.S.C. § 841(a)(1), (b)(1)C), and (b)(1)(D), and 18 U.S.C. §§ 922(a)(6), 922(o), and 924(a)(2). ECF No. 3. The same day, the parties filed a plea agreement indicating Defendant intended to plead guilty to all four counts in the Information, with the Government to move for dismissal of the Indictment at the time of sentencing. ECF No. 4.

　　　　Therefore, the Court will order that a plea colloquy be held in accordance with Federal Rule of Criminal Procedure 11(b) before Magistrate Judge Nancy Joseph, who will thereafter issue a report and recommendation to this Court addressing the advisability of accepting Defendant's proposed guilty plea. Gen. L.R. 72(a); Fed. R. Crim. P. 59(b)(1); 28 U.S.C. § 636(a)(1), (b)(1)(B); *United States v. Harden*, 758 F.3d 886, 891 (7th Cir. 2014). Magistrate Judge Joseph will schedule the plea colloquy hearing by separate notice.

Accordingly,

**IT IS ORDERED** that a Federal Rule of Criminal Procedure 11(b) plea colloquy be held before Magistrate Judge Nancy Joseph, who will thereafter issue a report and recommendation to this Court on the advisability of accepting Defendant's proposed guilty plea.

Dated at Milwaukee, Wisconsin, this 29th day of September, 2023.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge