UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 22-CR-233

KENNETH A. TWYMAN,

Defendant.

---

**IN THE MATTER OF THE APPLICATION AND ORDER FOR
A WRIT OF HABEAS CORPUS FOR PROSECUTION**

---

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following Defendant, who is believed to be confined at the **WISCONSIN SECURE PROGRAM FACILITY**, for the following judicial proceeding:

**Defendant:** **KENNETH A. TWYMAN, DOC#: 656776, DOB: XX/XX/1997**
**Proceeding:** **Sentencing hearing**
**Date/Time:** **01/26/2024 at 10:00am**
**Before:** **United States District Judge J P Stadtmueller**
**517 E. Wisconsin Avenue, Room 425**
**Milwaukee, Wisconsin 53202**

Respectfully submitted this 3rd day of January 2024.

GREGORY J. HAANSTAD
United States Attorney

*/s/ Porchia S. Lewand*
PORCHIA S. LEWAND
Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Milwaukee, Wisconsin, this ___3rd___ day of January 2024.

_____
HONORABLE WILLIAM E. DUFFIN
United States Magistrate Judge