# COURT MINUTES OF SENTENCING HEARING

UNITED STATES of AMERICA,

v.  CASE NO. 22-CR-233-JPS

KENNETH TWYMAN.

## HON. J. P. STADTMUELLER PRESIDING

| | |
|---|---|
| DATE: January 26, 2024 | TIME SCHEDULED: 10:00 a.m. |
| COURT DEPUTY/CLERK: Caitlin Willenbrink | TIME CALLED: 9:58 a.m. |
| COURT REPORTER: Sue Armbruster | TIME FINISHED: 10:35 a.m. |

GOVERNMENT BY: Porchia Lewand

DEFENDANT BY: Mark Richards

PROBATION BY: Hannah Behnke

Notes:

- 9:58 Appearances; Court puts background of case on record, including Defendant's having pled guilty to Counts One, Two, Three, and Four of the Information; Court notes it has reviewed presentence report
- 10:01 Parties have reviewed presentence report and have no objections to the facts as stated therein; Court therefore adopts the facts as stated in the presentence report
- 10:02 Court notes applicable Guidelines:
    Total Offense Level: 21
    Criminal History Category: V
    70 to 87 months imprisonment; Count Three carries a statutory maximum term of imprisonment of 60 months
    3 years supervised release as to Count One, 1 to 3 years as to Counts Two and Four, 2 to 3 years as to Count Three
    $15,000.00 to $1,000,000.00 fine
    $100.00 special assessment as to each Count, total $400.00

10:04  Parties accept these guidelines; Court will adopt for purposes of considering Defendant's sentence
10:05  Court asks whether Defendant or Defendant's attorney have any reason the Court should not proceed with sentencing in this case; Defendant's attorney responds they do not
10:06  Defendant's attorney makes a statement on Defendant's behalf; requests within-Guidelines sentence and that sentences imposed in this matter operate to run concurrently with the state sentence Defendant is currently serving
10:11  Court asks about current status of state case
10:11  Defendant's attorney states that the state case is on appeal and that appellate counsel has recently been appointed
10:11  Defendant makes a statement on his own behalf
10:12  Government makes a statement; requests a sentence of 10 years and concurs in Defendant's request for time to run concurrently with Defendant's state sentence; moves to dismiss Indictment
10:17  Defendant's attorney responds to Government's comments
10:18  Court discusses imposition of a term of supervised release, notes that it previously circulated proposed conditions of supervised release; parties have reviewed them and have no objections thereto
10:19  Court discusses statements of the parties, facts of the case, and facts as presented in presentence report
10:27  Court imposes the following formal sentence:
    120 months of imprisonment as to each of Counts One, Two, and Four, and 60 months of imprisonment as to Count Three, all to operate to run concurrently with one another for a total term of imprisonment of 120 months; the total federal term of imprisonment is to operate to run concurrently with the sentence Defendant is currently serving in Milwaukee County Circuit Court Case No. 22CF1550
    3 years of supervised release as to each Count, all to operate to run concurrently with one another, for a total term of 3 years of supervised release
    Fine is waived
    $100.00 special assessment as to each Count, total $400.00
    Indictment is dismissed
10:33  Court advises Defendant of his right of appeal
10:35  Parties have nothing further to address
10:35  Court stands in recess