# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>KENNETH TWYMAN,<br><br>                    Defendant. | Case No. 22-CR-233-JPS<br><br><br>**ORDER** |

On December 6, 2023, the Court granted the Government's motion for a preliminary order of forfeiture as to certain property in the Indictment. ECF No. 15. The Government now seeks to convert that preliminary order into a final order pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c). ECF No. 23. The Court, having reviewed the Government's submissions and the relevant authorities and, being satisfied that the required notice has been given, *see* ECF Nos. 15 and 24, will grant the motion.

Accordingly,

**IT IS ORDERED** that the Government's motion for entry of final order of forfeiture and judgment, ECF No. 23, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and 21 U.S.C. § 853, all right, title, and interest in the following assets be and the same hereby are forfeited to the United States, which now has clear title to the property items and may dispose of the items according to law:

1. A Glock, model 22, .40 caliber pistol bearing serial number HUL496 with a machinegun conversion device attached; and

2. Approximately $10,645.00 in United States currency seized during Kenneth Twyman's arrest in Milwaukee, Wisconsin, on or about January 4, 2022.

Dated at Milwaukee, Wisconsin, this 16th day of February, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge